LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JOSE MAYO RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSE ENCARNACION MAYO RODRIGUEZ, SYLVIA ZAMBRANO, YESENIA LOPEZ, MARIA LUISA ESCAMILLA LOPEZ, JUAN CHAVARRIA, JUAN RAMON LOPEZ, NEREYDA ALVAREZ, PHILLIP ALLEN BAILEY, and CHARLES JAMES BILLINGSLEY,<br><br>　　　　Defendants. | Case No.: 2:19-cr-231 WBS<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　July 27, 2020<br>Time:　　9:00 a.m.<br>Court:　　Hon. William B. Shubb |

　　　　This is a case charging conspiracy to distribute methamphetamine and heroin. It is presently set for status conference involving all nine defendants on May 4, 2020. The government has provided voluminous discovery consisting of approximately 1300 pages of material. A supplemental discovery production to include hours of video and audio recordings is

ORDER CONTINUING STATUS
CONFERENCE

anticipated by the parties.

Many of the events at issue in the case occurred in San Joaquin County, with additional matters occurring in Southern California and the San Francisco Bay Area.  Defense investigation into the charged events can fairly be characterized as state-wide in scope.  Additional time is required for defense investigation into matters charged in the Indictment.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Cameron Desmond, and Attorney Todd Leras on behalf of Defendant Jose Mayo Rodriguez, Attorney Christopher Cosca on behalf of Defendant Sylvia Zambrano, Attorney Brian Andritch on behalf of Defendant Yesenia Lopez, Attorney Dina Santos on behalf of Defendant Maria Escamilla Lopez, Attorney Armando Villapueda on behalf of Defendant Juan Chavarria, Attorney Philip Cozens on behalf of Defendant Juan Lopez, Attorney David Garland on behalf of Defendant Nereyda Alvarez, Attorney Alin Cintean on behalf of Defendant Phillip Bailey, and Attorney Johnny Griffin, III, on behalf of Defendant Charles Billingsley, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the status conference presently set for May 4, 2020.  The parties request to continue the status conference to July 27, 2020, at 9:00 a.m., and to exclude time between May 4, 2020 and July 27, 2020, inclusive, under Local Code T-4.  The United States does not oppose this request.

2. Based on the above-stated facts regarding the volume of discovery and the time required for defense investigation, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the

ORDER CONTINUING STATUS
CONFERENCE

Speedy Trial Act.

3. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of May 4, 2020 to July 27, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Cameron Desmond and all defense counsel have reviewed this proposed order and authorized Todd Leras to sign it via email on their behalf.

DATED:  April 27, 2020

By  */s/ Todd D. Leras for*
CAMERON DESMOND
Assistant United States Attorney

DATED:  April 27, 2020

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
JOSE MAYO RODRIGUEZ

DATED:  April 27, 2020

By  */s/ Todd D. Leras for*
CHRISTOPHER R. COSCA
Attorney for Defendant
SYLVIA ZAMBRANO

ORDER CONTINUING STATUS CONFERENCE

DATED: April 27, 2020

By   */s/ Todd D. Leras for*
BRIAN ANDRITCH
Attorney for Defendant
YESENIA LOPEZ

DATED: April 27, 2020

By   */s/ Todd D. Leras for*
DINA L. SANTOS
Attorney for Defendant
MARIA ESCAMILLA LOPEZ

DATED: April 27, 2020

By   */s/ Todd D. Leras for*
ARMANDO VILLAPUEDA
Attorney for Defendant
JUAN CHAVARRIA

DATED: April 28, 2020

By   */s/ Todd D. Leras for*
PHILIP COZENS
Attorney for Defendant
JUAN RAMON LOPEZ

DATED: April 27, 2020

By   */s/ Todd D. Leras for*
DAVID GARLAND
Attorney for Defendant
NEREYDA ALVAREZ

DATED: April 27, 2020

By   */s/ Todd D. Leras for*
ALIN CINTEAN
Attorney for Defendant
PHILLIP BAILEY

DATED: April 27, 2020

By   */s/ Todd D. Leras for*
JOHNNY GRIFFIN, III
Attorney for Defendant
CHARLES BILLINGSLEY

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for May 4, 2020, is vacated. A new status conference is scheduled for July 27, 2020, at 9:00 a.m.  The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from May 4, 2020, up to and including July 27, 2020.

IT IS SO ORDERED.

Dated:  April 28, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE