PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
DAVID W. SPENCER
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-00231-01 WBS |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| JOSE ENCARNACION MAYO RODRIGUEZ, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Jose Encarnacion Mayo Rodriguez, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.      Pursuant to 21 U.S.C. § 853(a), defendant Jose Encarnacion Mayo Rodriguez's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

      a.      2013 Mercedes G-Wagon, VIN: WDCYC3HF9DX205554, California License Number 6ZBP962,

      b.      2018 Chevrolet Silverado, VIN: 3GCUKRECXJG176053, California License Number 01010K2,

      c.      2019 Toyota Camry, VIN: 4T1B61HK3KU176910, California License Number 8GHD761,

      d.      2018 Yamaha SX 190 Boat, VIN: YAMC0120D818 and Trailer with California License Number 4643RZ,

      e.      Approximately $76,600.00 in U.S. Currency, plus accrued interest,

      f.      Approximately $3,923.00 in U.S. Currency, plus accrued interest,

      g.      Approximately $10,000.00 in U.S. Currency, plus accrued interest,

      h.      Approximately $3,597.00 in U.S. Currency, plus accrued interest, and

Preliminary Order of Forfeiture

i.    All miscellaneous jewelry items including the following:
1. 18K Gold Rolex watch, Model: 18038, Serial Number 8204590,
2. Rolex Submariner Watch, Model: 16613,
3. 1 Ladies 14KT White Gold Diamond Flower Style Ring,
4. 1 Ladies 18KT White Gold Diamond Halo Ring,
5. 1 Ladies 14KT Yellow Gold Diamond Bar-Set Style Wedding-Set,
6. 1 Ladies 14KT Yellow Gold Emerald & Diamond Ring,
7. 1 Gents 18KT Two-Tone Gold Ruby & Diamond Ring,
8. 1 Gents 18KT Yellow Gold Ruby & Diamond Ring,
9. 1 Gents 10KT Yellow Gold Diamond Cluster Ring,
10. 1 Gents 14KT Yellow Gold Diamond Strip Ring,
11. 1 Gents 14KT Yellow Gold Nugget Diamond Ring,
12. 1 Gents 10KT and 14KT Yellow Gold Cubic Zirconia 50 Pesos Coin Necklace,
13. 1 Gents 10KT and 14KT Yellow Gold Diamond "Stacks on Deck" Necklace,
14. 1 Gents 14KT Yellow Gold Santa Muerte/Grim Reaper Pendant,
15. Perth Mint Australia 10 Gram Bar,
16. 1 Seven 14KT Yellow Gold Bangles,
17. 1 14KT Yellow Gold ID Bracelet,
18. 1 14KT Yellow Gold Hoop Earrings,
19. 1 14KT Yellow Gold Cross Necklace,
20. 1 14KT Yellow Gold Jesus Medallion Necklace,
21. 1 Sterling Silver Religious Medallion,
22. 1 14KT Three-Tone Elephant Bracelet,
23. 1 14KT Yellow Gold Unicorn Pendant,
24. 1 14KT Yellow Gold Illusion Hoop Earrings,
25. 1 Sterling Silver Ladies Elephant Ring,
26. 14KT Yellow Gold Diamond Band,
27. 1 Gents 14KT Yellow Gold Diamond Square Band, and
28. 1 Gents 14KT Two-Tone Gold Diamond.

2.    The above-listed property constitutes or is derived from proceeds obtained, directly or indirectly, as a result of violations of 21 U.S.C. §§ 846 and 841(a)(1) and/or was used or intended to be used in any manner or part to commit or to facilitate the commission of violations of 21 U.S.C. §§ 846 and 841(a)(1).

3.    Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4.    a.    Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice

to any person known to have alleged an interest in the property that is the subject of the order of

forfeiture as a substitute for published notice as to those persons so notified.

              b.      This notice shall state that any person, other than the defendant, asserting a legal

interest in the above-listed property, must file a petition with the Court within sixty (60) days from the

first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or

within thirty (30) days from receipt of direct written notice, whichever is earlier.

     5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court

will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be

addressed.

     6.      Within sixty (60) days from the entry of a Preliminary Order of Forfeiture forfeiting the

defendant's interest in the above-listed property, the U.S. Marshals Service shall return 1 Ladies 14KT

Rose Gold Diamond Three-Piece Wedding-Set to defendant Jose Encarnacion Mayo Rodriguez through

attorney Todd Leras.

     IT IS SO ORDERED.

Dated:  November 27, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture