LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JOSE MAYO RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>JOSE MAYO RODRIGUEZ,<br><br>         Defendant. | Case No.: 2:19-cr-0231WBS<br><br>ORDER TO CONTINUE   SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:   Hon. William B. Shubb<br>Date:    April 21, 2025<br>Time:    10:00 a.m. |

   A Sentencing Hearing for Defendant Jose Mayo Rodriguez is presently set for April 21, 2025.  Defendant has completed his probation interview.  The Probation Department has also prepared a draft Pre-Sentence Investigation Report (PSR).

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

Defendant Jose Mayo Rodriguez is housed at the Wayne Brown Correctional Facility in Nevada City, approximately 65 miles from defense counsel's downtown Sacramento office. Defendant's primary language is Spanish.  His proficiency in English is good, but he requires the assistance of a Spanish language interpreter when discussing details about how the Court applies the Sentencing Guidelines and factors under 18 U.S.C. § 3553(a) to his case.  Defense counsel therefore requires additional time to arrange for the assistance of an interpreter in Nevada City and to prepare for the Sentencing Hearing.

It is therefore requested that the Court vacate the Sentencing Hearing on April 21, 2025, and set a Sentencing Hearing on September 22, 2025.  The assigned probation officer has confirmed his availability on the requested date.  The government does not oppose the request. The defense further requests to modify the remaining Pre-Sentence Investigation Report (PSR) Disclosure Schedule as follows:

1. Informal Objections to Draft Pre-Sentence Report: August 25, 2025;

2. Final Pre-Sentence Report Date:   September 1, 2025;

3. Motion for Correction Date:  September 8, 2025; and

4.  Reply Date:  September 15, 2025

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney David Spencer has authorized Todd D. Leras via email to sign this stipulation.

DATED:  April 14, 2025

By ___*/s/ Todd D. Leras for*___
    DAVID W. SPENCER
    Assistant United States Attorney

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

| | |
|---|---|
| DATED: April 14, 2025 | By    */s/ Todd D. Leras* <br> TODD D. LERAS <br> Attorney for Defendant <br> JOSE MAYO RODRIGUEZ |

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing, set for April 21, 2025, is vacated. The Sentencing Hearing in this matter is continued to **September 22, 2025, at 10:00 a.m.** The PSR Disclosure Schedule requested by the parties is adopted.

IT IS SO ORDERED.

Dated: APRIL 14, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE